UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case Number 1:06-CR-45-01
        Honorable David M. Lawson

JEANNE M. MILLER,

        Defendant.
_____/

## ORDER GRANTING MOTION TO AMEND JUDGMENT

      This matter is before the Court on the defendant's motion to amend judgment pursuant to Federal Rule of Criminal Procedure 35 (a).  The Court finds that a clerical mistake was made in the judgment entered on October 26, 2006.  The judgment as filed indicates that the defendant is sentenced to a term of supervised release of "one (1) year as to Count 9, to run consecutively" to the three-year term of supervised release imposed on Counts 1 and 10.  It should read "one (1) year as to Count 9, to run concurrently" with the period of supervised release ordered on Counts 1 and 10.

      Accordingly, it is **ORDERED** that the motion to amend judgment [dkt # 92] is **GRANTED** and an amended judgment shall enter .

                                    s/David M. Lawson
                                    DAVID M. LAWSON
                                    United States District Judge

Dated: November 14, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 14, 2006.

                                            s/Felicia M. Moses
                                            FELICIA M. MOSES